# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11-cr-00054-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GEORGE MATHIS. ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Temporarily Modify Conditions of Probation [Doc. 21].

For the reasons stated in the motion, and in light of the Government's consent thereto, the Court will modify the Defendant's conditions of probation as requested.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Temporarily Modify Conditions of Probation [Doc. 21] is **GRANTED**, and the Defendant's home monitoring shall be suspended for a period of three (3) days, from November 28 to November 30, 2012, in order to allow the Defendant to travel to and attend his son's graduation at Parris Island, South Carolina. The Defendant's home monitoring shall be extended for an additional period of three (3) days in order to complete the six months of home monitoring ordered by the Court.

**IT IS SO ORDERED.**

Signed: November 21, 2012

Martin Reidinger
United States District Judge